IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN ADMIRALTY

In the Matter of:

Capt. A III, Inc., owner of the
vessel Capt. Anderson III, in
cause of action for exoneration
from, or limited liability,

CASE NO. 5:10-cv-002/RS-MD

_____/

## ORDER

Before me is the Motion to Close Monition Period filed by Capt. A. III, Inc. as owner of the vessel *Capt. Anderson III*, with respect to all claims arising out of the incident occurring on June 29, 2009, as more fully set forth in the Complaint for Exoneration or for Limitation of Liability (Doc. 1).

Pursuant to Supplemental Rules F(4) and F(5) of the Federal Rules of Civil Procedure and this Court's Order of January 20, 2010 (Doc. 9), potential claimants were properly notified of the pendency of this action and admonished to file their respective claims, and should they wish to contest the complaint, to file their answers on or before April 20, 2010.

Two claimants, Chris Fields and Marla Miller, appeared and filed claims as well as answers to the complaint. These two claims have now been settled. No other claimants have appeared and filed claims and filed answers to contest the complaint.

**IT IS ORDERED**:

1. The Motion to Close Monition Period (Doc. 40) is **GRANTED.**

2. The monition period is now closed.

3. Capt. A. III, Inc., as the owner of the vessel *Capt. Anderson III*, is discharged from all liability arising out of the incident of June 29, 2009.

4. The security issued by Great American Insurance Company is discharged, and the surety is released.


**ORDERED** on November 1, 2010

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**